**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* _____ Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **JVK Operations Limited** |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years <br><br> Include any assumed names, trade names and *doing business as* names | **FDBA  C&S RE Holding Co, LLC** |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | **20-4094212** |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **130 New Highway** <br> **Amityville, NY 11701** <br> Number, Street, City, State & ZIP Code | _____ <br> P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Suffolk** <br> County | **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **www.jvkoperations.com** |

| | | |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

Debtor **JVK Operations Limited**                                                    Case number (*if known*) _____
Name

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_**8123**_

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | |
|---|---|---|---|---|
| District | _____ | When | _____ | Case number _____ |
| District | _____ | When | _____ | Case number _____ |

| Debtor | **JVK Operations Limited** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | **JVK Operations Ltd. of NJ** | Relationship | **Related/Affiliate** |
|---|---|---|---|---|
| | District | **EDNY** | When | **3/01/24** | Case number, if known |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.

Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **JVK Operations Limited**                                          Case number (*if known*) _____
       Name

**16.  Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **JVK Operations Limited** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 29, 2024**
                MM / DD / YYYY

**X** **/s/ Vinod Samuel**                                              **Vinod Samuel**
Signature of authorized representative of debtor                Printed name

Title    **President**

---

**18. Signature of attorney**

**X** **/s/ Robert J. Spence**                                 Date **February 29, 2024**
Signature of attorney for debtor                                    MM / DD / YYYY

**Robert J. Spence**
Printed name

**Spence Law Office, P.C.**
Firm name

**55 Lumber Road**
**Suite 5**
**Roslyn, NY 11576**
Number, Street, City, State & ZIP Code

Contact phone    **516-336-2060**        Email address    **rspence@spencelawpc.com**

**rs3506 NY**
Bar number and State

---

## <u>CERTIFICATE OF CORPORATE RESOLUTION</u>

I, the undersigned, an officer of JVK Operations Limited (the "Company"), do hereby certify that the following is a true and correct excerpt from the minutes of said corporation, truly and correctly reflecting the resolutions adopted by the Board of Directors of said corporation, at a meeting duly called for and held on **February 29, 2024**:

RESOLVED, that the officers of the Company conclude, in the exercise of their sole judgment and discretion, that it is desirable and in the best interest of the Company, its creditors, stockholders and other interested parties, that a petition be filed by the Company seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §101 et. seq., Vinod Samuel, the President of the Company, be and hereby is authorized on behalf of and in the name of the Company, to retain Spence Law Office, P.C., as counsel to represent the Company in the Chapter 11, to execute and verify such a petition and to cause the same to be filed with the United States Bankruptcy Court for the Eastern District of New York at such time as the President on behalf of the Company shall determine; and it is further

RESOLVED, that the officers be and hereby are, authorized to execute and file all petitions, schedules, lists and other papers and to take any and all action which he or they may deem necessary or proper in the Chapter 11 case; and it is further

RESOLVED, that the foregoing Resolutions shall remain in full force and effect until withdrawn by vote of this Board.

Dated: **February 29, 2024**

By: _*/s/ Vinod Samuel*_
 Vinod Samuel
 Title: President

**Fill in this information to identify the case:**

Debtor name ___**JVK Operations Limited**_____

United States Bankruptcy Court for the: ___EASTERN DISTRICT OF NEW YORK_____

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___**February 29, 2024**___      X /s/ **Vinod Samuel** _____
                                              Signature of individual signing on behalf of debtor

                                              **Vinod Samuel** _____
                                              Printed name

                                              **President** _____
                                              Position or relationship to debtor

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>JVK Operations Limited</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF NEW YORK</td></tr>
<tr><td>Case number (if known):</td><td></td></tr>
</table>

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| BNB Bank/Dime Comm. 898 Veterans Memorial Hwy Suite 560 Hauppauge, NY 11788 | | Equipment | | $340,887.49 | $0.00 | $340,887.49 |
| Capital One Bank P.O. Box 71141 Charlotte, NC 28272-1141 | | | | | | $30,810.54 |
| Certilman Balin 90 Merrick Avenue East Meadow, NY 11554 | | | | | | $57,556.30 |
| Chase Card Services P.O. Box 1423 Charlotte, NC 28201-1423 | | | | | | $33,725.48 |
| Citi Cards P.O. Box 9001037 Louisville, KY 40290-1037 | | | | | | $42,587.31 |
| Commercial Trailer Leasin P.O. Box 23465 New York, NY 10087-3465 | | | | | | $76,042.13 |
| D&D Electric Motors, Inc. 127 East Hoffman Avenue Lindenhurst, NY 11757 | | | | | | $183,963.14 |

Debtor    **JVK Operations Limited**                                    Case number *(if known)* _____
              Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Damage Recovery Enterpris P.O. Box 843367 Kansas City, MO 64184** | | | **Contingent Unliquidated Disputed** | | | **$63,866.83** |
| **Employers Assurance Co. P.O. Box 842111 Los Angeles, CA 90084-2111** | | | | | | **$45,760.98** |
| **Gurtler Industries, Inc. 15475 South LaSalle St. South Holland, IL 60473** | | | | | | **$180,621.38** |
| **National Grid P.O. Box 371382 Pittsburgh, PA 15207-3820** | | **Utilities** | **Contingent Unliquidated Disputed** | | | **$2,084,833.96** |
| **Pawnee Leasing 734058 Network Place Chicago, IL 60673** | | **Equipment** | | **$167,522.08** | **$0.00** | **$167,522.08** |
| **PSEGLI P.O. Box 888 Hicksville, NY 11801** | | **Utilities** | | | | **$207,637.00** |
| **Sidhal Industries LLC 176 Front Street Hempstead, NY 11550** | | | | | | **$34,413.30** |
| **Small Business Admin. P.O. Box 3918 Portland, OR 97208-3918** | | | | | | **$350,000.00** |
| **Small Business Admin. P.O. Box 3918 Portland, OR 97208-3918** | | | | | | **$150,000.00** |
| **Small Business Admin. P.O. Box 3918 Portland, OR 97208-3918** | | | | | | **$145,993.24** |
| **Suffolk County Water Auth P.O. Box 9044 Hicksville, NY 11802** | | **Utilities** | | | | **$28,303.01** |

Debtor    **JVK Operations Limited**                              Case number *(if known)*
                    Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Tank Holding Corp. P.O. Box 824653 Philadelphia, PA 19182-4653** | | | | | | **$60,262.00** |
| **Westgard Insurance Co. P.O. Box 785570 Philadelphia, PA 19178-5570** | | | | | | **$169,260.00** |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Eastern District of New York

In re  **JVK Operations Limited** _____  Case No. _____

_____  Debtor(s)  Chapter  **11** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 51,738.00 |
| Prior to the filing of this statement I have received | $ | 51,738.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**February 29, 2024** _____

_Date_

**/s/ Robert J. Spence** _____
**Robert J. Spence**
_Signature of Attorney_
**Spence Law Office, P.C.**
**55 Lumber Road**
**Suite 5**
**Roslyn, NY 11576**
**516-336-2060  Fax: 516-605-2084**
**rspence@spencelawpc.com**
_Name of law firm_

# United States Bankruptcy Court
### Eastern District of New York

In re    **JVK Operations Limited**

Debtor(s)

Case No.

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Michael Connelly**<br>**c/o JVK Oper Ltd of NJ**<br>**521 S Black Horse Pike**<br>**Blackwood, NJ 08012** | | | **50%** |
| **Vinod Samuel**<br>**c/o JVK Operations Ltd**<br>**130 New Highway**<br>**Amityville, NY 11701** | | | **50%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **February 29, 2024**

Signature    **/s/ Vinod Samuel**

**Vinod Samuel**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Eastern District of New York

In re    **JVK Operations Limited** _____    Case No. _____
_____ Debtor(s)    Chapter    **11** _____

# <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:    **February 29, 2024** _____        **/s/ Vinod Samuel** _____
                                                      **Vinod Samuel**/**President**
                                                      Signer/Title

Date:    **February 29, 2024** _____        **/s/ Robert J. Spence** _____
                                                      Signature of Attorney
                                                      **Robert J. Spence**
                                                      **Spence Law Office, P.C.**
                                                      **55 Lumber Road**
                                                      **Suite 5**
                                                      **Roslyn, NY 11576**
                                                      **516-336-2060   Fax: 516-605-2084**

USBC-44                                                                      Rev. 9/17/98

166 New Highway
Realty LLC
c/o J&L Properties LLC
3505 ste A Vets Mem Hwy
Ronkonkoma, NY 11779

American Capital
23382 Mill Creek Drive
Suite 115
Laguna Hills, CA 92653

American Express
P.O. Box 1270
Newark, NJ 07101-1270

Ascentium Bank
23970 HWY 59N
Kingwood, TX 77339

BNB Bank/Dime Comm.
898 Veterans Memorial Hwy
Suite 560
Hauppauge, NY 11788

Brenntag Northeast, LLC
P.O. Box 411341
Boston, MA 02241-1341

Capital One Bank
P.O. Box 71141
Charlotte, NC 28272-1141

Certilman Balin
90 Merrick Avenue
East Meadow, NY 11554

Chase Card Services
P.O. Box 1423
Charlotte, NC 28201-1423

Chempac, Inc.
28 Harrison Avenue
Suite 914
Englishtown, NJ 07726

CIT Leasing
155 Commerce Way
Portsmouth, NH 03801


Citgo Gas
P.O. Box 6293
Carol Stream, IL 60197-6293


Citi Cards
P.O. Box 9001037
Louisville, KY 40290-1037


Clarity Water Technologie
87 Hunt Road
Orangeburg, NY 10962


Commercial Trailer Leasin
P.O. Box 23465
New York, NY 10087-3465


D&D Electric Motors, Inc.
127 East Hoffman Avenue
Lindenhurst, NY 11757


Damage Recovery Enterpris
P.O. Box 843367
Kansas City, MO 64184


Eagle Feather Realty Corp
223 Wall St
Huntington, NY 11743


EAN Services, LLC
P.O. Box 840173
Kansas City, MO 64184-0173


Employers Assurance Co.
P.O. Box 842111
Los Angeles, CA 90084-2111


Enterprise
P.O. Box 403328
Atlanta, GA 30384-3328

First Insurance Funding
P.O. Box 7000
Carol Stream, IL 60197-7000

Gurtler Industries, Inc.
15475 South LaSalle St.
South Holland, IL 60473

Home Depot Card Svcs.
P.O. Box 70600
Philadelphia, PA 19176-0600

Home Depot Credit Service
P.O. Box 70612
Philadelphia, PA 19176-0614

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19114

Katz Melinger PLLC
370 Lexington Ave
Ste 1512
New York, NY 10017

Kenia Montiel-Flores
Almanelly Rivera Zuniga
c/o HRS&C LLP
112 Madison Ave, 10th fl
New York, NY 10016

Lavatec Laundry Tech
P.O. Box 2015
Beacon Falls, CT 06403

Law Office of
Ralph A. Somma
175 West Main St
Suite 1
Babylon, NY 11702

Michael Connell
c/o JVK Oper Ltd of NJ
521 S Black Horse Pike
Blackwood, NJ 08012

National Grid
P.O. Box 371382
Pittsburgh, PA 15207-3820


Navitas
201 Executive Center Dr.
Suite 100
Columbia, SC 29210


NYS Dept of Tax & Finance
Bankruptcy Section
PO BOX 5300
Albany, NY 12205


Pawnee Leasing
734058 Network Place
Chicago, IL 60673


Penske Truck Leasing Co.
P.O. Box 827378
Philadelphia, PA 19128


Platzer Swergold et al
475 Park Avenue S
18th Floor
New York, NY 10016


Prestige Towel & Supply
5-14 51st Avenue
Long Island City, NY 11101


PSEGLI
P.O. Box 888
Hicksville, NY 11801


Santander Bank
200 Liberty Street
New York, NY 10281-1003


Sidhal Industries LLC
176 Front Street
Hempstead, NY 11550

Small Business Admin.
P.O. Box 3918
Portland, OR 97208-3918

Southwest Laundry Equip
P.O. Box 10326
Scottsdale, AZ 85271-0326

Suffolk County Water Auth
P.O. Box 9044
Hicksville, NY 11802

Tank Holding Corp.
P.O. Box 824653
Philadelphia, PA 19182-4653

Town of Babylon
279 Phelps Lane
North Babylon, NY 11703

Vinod Samuel
c/o JVK Operations Ltd
130 New Highway
Amityville, NY 11701

Westgard Insurance Co.
P.O. Box 785570
Philadelphia, PA 19178-5570

# United States Bankruptcy Court
### Eastern District of New York

In re   __JVK Operations Limited_____

Debtor(s)

Case No. _____

Chapter   __11_____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __JVK Operations Limited__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__February 29, 2024_____

Date

/s/ Robert J. Spence
_____

**Robert J. Spence**

Signature of Attorney or Litigant

Counsel for   __JVK Operations Limited_____

**Spence Law Office, P.C.**

**55 Lumber Road**
**Suite 5**
**Roslyn, NY 11576**
**516-336-2060 Fax:516-605-2084**
**rspence@spencelawpc.com**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):**   JVK Operations Limited                                    **CASE NO.:** _____

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

☐ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

■ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.:          JUDGE:          DISTRICT/DIVISION:  **EDNY**

DEBTOR NAME:  **JVK Operations Ltd. of NJ**

CASE STILL PENDING (Y/N):     **Y**               [*If closed*] Date of closing:

CURRENT STATUS OF RELATED CASE: _____
                                                (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above*):  **Related/Affiliate** _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASE:

2. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____               [*If closed*] Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
                                                (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above*): _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASE:  _____

3. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____               [*If closed*] Date of closing:_____

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)

CURRENT STATUS OF RELATED CASE:  _____
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*:  _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASE:  _____

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors.  Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N):  __**Y**__

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

**/s/ Robert J. Spence**
_____          _____
**Robert J. Spence**
Signature of Debtor's Attorney                               Signature of Pro Se Debtor/Petitioner
**Spence Law Office, P.C.**
**55 Lumber Road**
**Suite 5**                                                             _____
**Roslyn, NY 11576**
**516-336-2060 Fax:516-605-2084**                        Signature of Pro Se Joint Debtor/Petitioner

                                                                        _____
                                                                        Mailing Address of Debtor/Petitioner

                                                                        _____
                                                                        City, State, Zip Code

                                                                        _____
                                                                        Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

<u>NOTE</u>: Any change in address must be reported to the Court immediately IN WRITING.  Dismissal of your petition may otherwise result.