UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X

In re:                                                      Chapter 11

JVK Operations Limited
Fdba C&S RE Holding Co LLC,                  Case No.: 24-70799-reg
                                                            **NOTICE OF APPEARANCE &**
                                                            **REQUEST FOR NOTICE**
                                Debtor(s).
-----------------------------------------------------X

S I R

     PLEASE TAKE NOTICE, That the creditor(s), D&D Electric Motors and Compressors, Inc., hereby appear(s) in the above-entitled action, and that the undersigned has been retained as Attorney(s) for said Creditor(s) and demand(s) that a copy of all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated: March 6, 2024

                Yours, etc.

                RICHARD F. ARTURA, ESQ.
                Phillips, Artura & Cox
                Attorneys for Creditor(s)
                165 South Wellwood Avenue
                Lindenhurst, NY 11757
                (631) 226-2100

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

In re                                                    **CHAPTER 11**
JVK Operations Limited
Fdba C&S RE Holding Co LLC

                                                        **Case No.:** 24-70799-reg

                    Debtor(s).

---

*NOTICE OF APPEARANCE AND REQUEST FOR NOTICE*

---

**PHILLIPS, ARTURA & COX**
**Attorneys for Creditor(s)**
**165 South Wellwood Avenue**
**Lindenhurst, NY 11757**

---

Service of a copy of the within is hereby admitted.
Dated: _____
Attorney(s) for

---

**SIR:   PLEASE TAKE NOTICE**
**[ ] <u>NOTICE OF ENTRY</u>:** that the within is a (certified) true copy of a        duly entered in the
office of the clerk of the within named court on

**[ ] <u>NOTICE OF SETTLEMENT</u>:** that an order        of which the within is a true copy will
be presented for settlement to the HON.        one of the judges of the within court, at
on                at

**Dated:**                          **Yours, etc.,**

**TO:**                                  _____
                                         **BY: Richard F. Artura, Esq.**
                                         **Phillips, Artura & Cox**
                                         **165 South Wellwood Avenue**
**Attorney(s) for:**                     **Lindenhurst, NY 11757**
                                         **(631) 226-2100**