UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
In re:                                                                              Chapter 11

JVK Operations Limited, et al.,                                        Case No.: 24-70799 REG

                                         Debtors.[1]                 (Jointly Administered)

-------------------------------------------------------------------- x

## ORDER APPROVING EMPLOYMENT OF LINDENWOOD ASSOCIATES, LLC AS ACCOUNTANT TO THE DEBTORS

**UPON** the application, dated April 30, 2024 (the "Application", ECF No. 52), of JVK Operations Limited, et al., (the "Debtors"), seeking the entry of an order under 11 U.S.C. § 327(a) approving the employment of Lindenwood Associates, LLC ("Lindenwood") as accountant to the Debtors effective as of April 1, 2024; and upon the accompanying affidavit of Jordan F. Berger on behalf of Lindenwood; and the Court being satisfied that: (i) Lindenwood neither represents nor holds any interest adverse to the Debtors or to the estates, (ii) Lindenwood is a "disinterested person" as that term is defined in 11 U.S.C. § 101(14), and (iii) the employment of Lindenwood is necessary and would be in the best interests of the estates; and no additional notice being required, it is hereby

**ORDERED**, that the Application is granted and, effective as of April 1, 2024, the Debtors are authorized to employ Lindenwood in accordance with 11 U.S.C. § 327(a) as their accountant; and it is further

**ORDERED**, that prior to any increases in Lindenwood's rates, Lindenwood shall file a supplemental affidavit with the Court and provide ten days' notice to the Debtors, the U.S. Trustee

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, are JVK Operations Limited (4212), and JVK Operations Ltd. of NJ (2255).

and any parties in interest that have filed a notice of appearance and request for notices. The supplemental affidavit shall explain the basis for the rate increases in accordance with Section 330(a)(3)(F) of the Bankruptcy Code. The U.S. Trustee, retains all rights to object to any rate increase on all grounds, including, but not limited to, the reasonableness standard provided for in § 330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to § 330 of the Bankruptcy Code; and it is further

**ORDERED**, that no compensation or reimbursement of expenses shall be paid to Lindenwood for professional services rendered to the Debtor, except upon proper application and by further order of this Court following a hearing on notice pursuant to §§ 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules.

NO OBJECTION:
WILLIAM K. HARRINGTON
**United States Trustee for Region 2**

**By:** /s/ William J. Birmingham
   William J. Birmingham, Esq.
   Trial Attorney
   Office of the United States Trustee
   560 Federal Plaza
   Central Islip, NY 11722



**Dated:** Central Islip, New York
   May 20, 2024

Robert E. Grossman
United States Bankruptcy Judge