UNITED STATES BANKRUPTCY COURT
Eastern DISTRICT OF New York

In Re. JVK OPERATIONS LIMITED §
§
§
Debtor(s) §

Case No. 24-70799

Lead Case No. 24-70799

☒ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 04/30/2024

Petition Date: 03/01/2024

Months Pending: 2

Industry Classification: 8 1 2 3

Reporting Method: Accrual Basis ○ Cash Basis ◉

Debtor's Full-Time Employees (current): 148

Debtor's Full-Time Employees (as of date of order for relief): 188

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Vinod Samuel
Signature of Responsible Party

06/10/2024
Date

Vinod Samuel
Printed Name of Responsible Party

130 New Hwy, Amityville, NY

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name JVK OPERATIONS LIMITED | Case No. 24-70799

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $199,571 | |
| b. Total receipts (net of transfers between accounts) | $939,501 | $1,838,851 |
| c. Total disbursements (net of transfers between accounts) | $951,331 | $1,639,929 |
| d. Cash balance end of month (a+b-c) | $187,740 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $951,331 | $1,639,929 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $779,764 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $163,718 |
| c. Inventory ( Book ○ Market ○ Other ● (attach explanation)) | $0 |
| d Total current assets | $1,131,223 |
| e. Total assets | $1,230,652 |
| f. Postpetition payables (excluding taxes) | $229,482 |
| g. Postpetition payables past due (excluding taxes) | $13,992 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $229,482 |
| k. Prepetition secured debt | $3,810,977 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $4,132,913 |
| n. Total liabilities (debt) (j+k+l+m) | $8,173,372 |
| o. Ending equity/net worth (e-n) | $-6,942,721 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $939,501 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $704,910 | |
| c. Gross profit (a-b) | $234,590 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $234,171 | |
| f. Other expenses | $12,250 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $-11,830 | $198,922 |

Debtor's Name JVK OPERATIONS LIMITED | Case No. 24-70799

## Part 5: Professional Fees and Expenses

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| Add | | Firm Name | Role | | | | |
| Delete | i | | | | | | |

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| Add | | Firm Name | Role | | | | |
| Delete | i | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

## Part 6: Postpetition Taxes

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $118,741 | $175,893 |
| d. | Postpetition employer payroll taxes paid | $118,741 | $175,893 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

## Part 7: Questionnaire - During this reporting period:

a. Were any payments made on prepetition debt? (if yes, see Instructions) — Yes ◉ No ○

b. Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) — Yes ○ No ◉

c. Were any payments made to or on behalf of insiders? — Yes ◉ No ○

d. Are you current on postpetition tax return filings? — Yes ◉ No ○

e. Are you current on postpetition estimated tax payments? — Yes ◉ No ○

f. Were all trust fund taxes remitted on a current basis? — Yes ◉ No ○

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) — Yes ○ No ◉

h. Were all payments made to or on behalf of professionals approved by the court? — Yes ○ No ○ N/A ◉

i. Do you have:

- Worker's compensation insurance' — Yes ◉ No ○
  - If yes, are your premiums current? — Yes ◉ No ○ N/A ○ (if no, see Instructions)
- Casualty/property insurance? — Yes ◉ No ○
  - If yes, are your premiums current? — Yes ◉ No ○ N/A ○ (if no, see Instructions)
- General liability insurance? — Yes ◉ No ○
  - If yes, are your premiums current? — Yes ◉ No ○ N/A ○ (if no, see Instructions)

j. Has a plan of reorganization been filed with the court? — Yes ○ No ◉

k. Has a disclosure statement been filed with the court? — Yes ○ No ◉

Debtor's Name JVK OPERATIONS LIMITED Case No. 24-70799

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? Yes (●) No ( )

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | |
| b. | Gross income (receipts) from self-employment | |
| c. | Gross income from all other sources | |
| d. | Total income in the reporting period (a+b+c) | |
| e. | Payroll deductions | |
| f. | Self-employment related expenses | |
| g. | Living expenses | |
| h. | All other expenses | |
| i. | Total expenses in the reporting period (e+f+g+h) | |
| j. | Difference between total income and total expenses (d-i) | |
| k. | List the total amount of all postpetition debts that are past due | |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ( ) No ( ) |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ( ) No ( ) N/A ( ) |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Vinod Samuel
Signature of Responsible Party

Vinod Samuel 6/10/24
Printed Name of Responsible Party

President
Title

**NOTES TO OPERATING REPORT**

2.c. Debtor is in process of evaluating value of inventory; value informed by Schedules.

2.e. PP&E not included; Debtor is in process of evaluating value of PP&E; value includes current assets plus security deposits listed in Schedules.

2.k. Value reflects amount listed in Schedules less adequate assurance payments made since petition date.

2.m. Debtor is in process of validating prepetition unsecured debt; value informed by Schedules.

7.c. Postpetition expense reimbursements.



898 Veterans Memorial Highway
Suite 560
Hauppauge, NY 11788

## Statement Ending 04/30/2024

JVK OPERATIONS LIMITED 

Account Number: XXXXXX2053

### Managing Your Accounts

| | | |
|---|---|---|
|  | Branch Name | Huntington |
| | Branch Number | 1-631-935-1600 |
| | Mailing Address | 337 Main Street<br>Huntington, NY 11743 |
| | Website | www.dime.com |

JVK OPERATIONS LIMITED
PAYROLL ACCOUNT
130 NEW HWY
AMITYVILLE NY 11701-1117

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Business Analysis | XXXXXX2053 | $16,658.33 |

## Business Analysis-XXXXXX2053

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **03/30/2024** | **Beginning Balance** | **$90,416.20** |
| | 1 Credit(s) This Period | $31,225.00 |
| | 185 Debit(s) This Period | $104,982.87 |
| **04/30/2024** | **Ending Balance** | **$16,658.33** |

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 04/01/2024 | Transfer from CK 5904 | $31,225.00 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 118130 | 04/09/2024 | $455.80 | 119132* | 04/02/2024 | $494.66 |
| 118300* | 04/16/2024 | $398.50 | 119133 | 04/01/2024 | $594.98 |
| 118563* | 04/22/2024 | $543.56 | 119146* | 04/02/2024 | $578.46 |
| 118635* | 04/23/2024 | $560.07 | 119148* | 04/02/2024 | $570.77 |
| 118757* | 04/02/2024 | $578.89 | 119157* | 04/01/2024 | $717.53 |
| 118805* | 04/29/2024 | $576.47 | 119165* | 04/02/2024 | $765.82 |
| 118926* | 04/03/2024 | $624.19 | 119168* | 04/05/2024 | $978.09 |
| 118932* | 04/02/2024 | $782.42 | 119177* | 04/01/2024 | $790.00 |
| 118978* | 04/02/2024 | $665.83 | 119188* | 04/02/2024 | $321.54 |
| 119046* | 04/23/2024 | $792.15 | 119208* | 04/01/2024 | $501.57 |
| 119056* | 04/22/2024 | $795.41 | 119212* | 04/04/2024 | $790.21 |
| 119078* | 04/01/2024 | $514.30 | 119214* | 04/23/2024 | $518.88 |
| 119089* | 04/02/2024 | $438.80 | 119215 | 04/04/2024 | $536.16 |
| 119105* | 04/24/2024 | $496.18 | 119217* | 04/08/2024 | $487.18 |
| 119106 | 04/01/2024 | $373.59 | 119219* | 04/01/2024 | $605.34 |
| 119108* | 04/09/2024 | $427.89 | 119220 | 04/01/2024 | $636.48 |
| 119109 | 04/03/2024 | $489.52 | 119221 | 04/01/2024 | $622.66 |
| 119117* | 04/02/2024 | $422.00 | 119224* | 04/23/2024 | $565.39 |
| 119126* | 04/03/2024 | $513.51 | 119244* | 04/02/2024 | $543.06 |



898 Veterans Memorial Highway
Suite 560
Hauppauge, NY 11788

## *Statement Ending 04/30/2024*

*JVK OPERATIONS LIMITED* 

*Account Number: XXXXXX2004*

JVK OPERATIONS LIMITED
OPERATING ACCOUNT
130 NEW HWY
AMITYVILLE NY 11701-1117

### *Managing Your Accounts*

| | |
|---|---|
| Branch Name | Huntington |
| Branch Number | 1-631-935-1600 |
| Mailing Address | 337 Main Street<br>Huntington, NY 11743 |
| Website | www.dime.com |



### *Summary of Accounts*

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Business Analysis | XXXXXX2004 | $0.00 |

## Business Analysis-XXXXXX2004

**Account Summary**

| Date | Description | Amount |
|---|---|---|
| **03/30/2024** | **Beginning Balance** | **$0.00** |
| | 17 Credit(s) This Period | $573,714.42 |
| | 12 Debit(s) This Period | $573,714.42 |
| **04/30/2024** | **Ending Balance** | **$0.00** |

**Electronic Debits**

| Date | Description | Amount |
|---|---|---|
| 04/02/2024 | WILLIAM PENN PREM DEBIT WPXXXXXX6309 | $501.94 |

**Other Debits**

| Date | Description | Amount |
|---|---|---|
| 04/02/2024 | Transfer to CK 5904 | $81,048.60 |
| 04/04/2024 | Transfer to CK 5904 | $246.00 |










898 Veterans Memorial Highway
Suite 560
Hauppauge, NY 11788

**Statement Ending 04/30/2024**

*JVK OPERATIONS LIMITED* 

Account Number: XXXXXX4285

JVK OPERATIONS LIMITED
ACCOUNT # 2
130 NEW HWY
AMITYVILLE NY 11701-1117



## Managing Your Accounts

| | |
|---|---|
| Branch Name | Huntington |
| Branch Number | 1-631-935-1600 |
| Mailing Address | 337 Main Street<br>Huntington, NY 11743 |
| Website | www.dime.com |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Business Analysis | XXXXXX4285 | $0.00 |

## Business Analysis-XXXXXX4285

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **03/30/2024** | **Beginning Balance** | **$140.90** |
| | 0 Credit(s) This Period | $0.00 |
| | 1 Debit(s) This Period | $140.90 |
| **04/30/2024** | **Ending Balance** | **$0.00** |

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 04/12/2024 | Transfer to CK 5911 | $140.90 |

### Daily Balances

| Date | Amount |
|---|---|
| 04/12/2024 | $0.00 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |










898 Veterans Memorial Highway
Suite 560
Hauppauge, NY 11788

## Statement Ending 04/30/2024

*JVK OPERATIONS LIMITED* 

***Account Number: XXXXXX5904***

### Managing Your Accounts

| | |
|---|---|
| Branch Name | Huntington |
| Branch Number | 1-631-935-1600 |
| Mailing Address | 337 Main Street<br>Huntington, NY 11743 |
| Website | www.dime.com |

JVK OPERATIONS LIMITED
DEBTOR IN POSSESSION
130 NEW HWY
AMITYVILLE NY 11701-1117

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Debtor In Possession | XXXXXX5904 | $147,256.06 |

## Debtor In Possession-XXXXXX5904

## OPERATING ACCOUNT

**Account Summary**

| Date | Description | Amount |
|---|---|---|
| **03/30/2024** | **Beginning Balance** | **$109,001.60** |
| | 18 Credit(s) This Period | $912,982.30 |
| | 90 Debit(s) This Period | $874,727.84 |
| **04/30/2024** | **Ending Balance** | **$147,256.06** |

**Electronic Debits**

| Date | Description | Amount |
|---|---|---|
| 04/01/2024 | E-ZPASSPAYMENT EZPASS 3457578 | $600.00 |
| 04/02/2024 | CITI CARD ONLINE PAYMENT 421343858080144 | $2,000.00 |
| 04/03/2024 | E-ZPASSPAYMENT EZPASS 4434190 | $1,000.00 |



898 Veterans Memorial Highway
Suite 560
Hauppauge, NY 11788

## Statement Ending 04/30/2024

JVK OPERATIONS LIMITED

Account Number: XXXXXX5911

### Managing Your Accounts

| | |
|---|---|
| Branch Name | Huntington |
| Branch Number | 1-631-935-1600 |
| Mailing Address | 337 Main Street<br>Huntington, NY 11743 |
| Website | www.dime.com |



JVK OPERATIONS LIMITED
DEBTOR IN POSSESSION
130 NEW HWY
AMITYVILLE NY 11701-1117

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Debtor In Possession | XXXXXX5911 | $19,163.29 |

## Debtor In Possession-XXXXXX5911

## PAYROLL ACCOUNT

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **03/30/2024** | **Beginning Balance** | **$0.00** |
| | 11 Credit(s) This Period | $320,205.39 |
| | 528 Debit(s) This Period | $301,042.10 |
| **04/30/2024** | **Ending Balance** | **$19,163.29** |

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 04/04/2024 | Transfer from CK 5904 | $41,000.00 |
| 04/05/2024 | Transfer from CK 5904 | $40,882.00 |
| 04/12/2024 | Transfer from CK 4285 | $140.90 |
| 04/12/2024 | Transfer from CK 2004 | $24,108.79 |
| 04/12/2024 | Transfer from CK 5904 | $44,573.53 |
| 04/17/2024 | Transfer from CK 5904 | $9,154.00 |
| 04/19/2024 | Transfer from CK 5904 | $38,000.00 |
| 04/22/2024 | Transfer from CK 5904 | $38,614.00 |
| 04/26/2024 | Transfer from CK 5904 | $25,000.00 |
| 04/29/2024 | Transfer from CK 5904 | $57,635.00 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 04/10/2024 | CK #119483 - Duplicate Presentment | $1,097.17 |

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 04/30/2024 | SERVICE CHARGE | $100.00 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 1002 | 04/19/2024 | $507.51 | 1004 | 04/22/2024 | $525.19 |
| 1003 | 04/22/2024 | $507.51 | 1005 | 04/22/2024 | $525.19 |



898 Veterans Memorial Highway
Suite 560
Hauppauge, NY 11788

## *Statement Ending 04/30/2024*

*JVK OPERATIONS LIMITED*



*Account Number: XXXXXX5915*

JVK OPERATIONS LIMITED
DEBTOR IN POSSESSION
130 NEW HWY
AMITYVILLE NY 11701-1117

### *Managing Your Accounts*

| | |
|---|---|
| Branch Name | Huntington |
| Branch Number | 1-631-935-1600 |
| Mailing Address | 337 Main Street<br>Huntington, NY 11743 |
| Website | www.dime.com |

## *Summary of Accounts*

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Debtor In Possession | XXXXXX5915 | $4,650.61 |

## Debtor In Possession-XXXXXX5915

## UTILITY ACCOUNT

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **03/30/2024** | **Beginning Balance** | **$0.00** |
| | 2 Credit(s) This Period | $4,750.61 |
| | 1 Debit(s) This Period | $100.00 |
| **04/30/2024** | **Ending Balance** | **$4,650.61** |

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 04/01/2024 | Transfer from CK 5904 | $3,954.80 |
| 04/02/2024 | Transfer from CK 5904 | $795.81 |

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 04/30/2024 | SERVICE CHARGE | $100.00 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 04/01/2024 | $3,954.80 | 04/02/2024 | $4,750.61 | 04/30/2024 | $4,650.61 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

Santander

PO Box 841002
Boston,MA 02284

**Statement Period 04/01/24 TO 04/30/24**
**Primary Account #: 9997331982**

If you have questions about your statement, contact the Business Customer Service Team at 1-877-768-1145 Hearing- and speech-impaired customers may use 7-1-1 www.santanderbank.com

0000
7 0 30

G02 248240 0 0501 15131 41123 1/1 BIN:0



JVK OPERATIONS LIMITED
130 NEW HWY
AMITYVILLE NY 11701-1117



284 4031204 248240 41123 1/1

**BUSINESS BANKING ANALYZED CHECKING** **Statement Period 04/01/24 - 04/30/24**

***JVK OPERATIONS LIMITED*** ***Account # 9997331982***

## Balances

| | | | |
|---|---|---|---|
| Beginning Balance | $11.95 | Ending Balance | $11.95 |
| Deposits/Credits | +$49,539.24 | Average Daily Balance | -$1,639.36 |
| Withdrawals/Debits | -$49,539.24 | | |

## Account Activity

| Date | Description | Credits | Debits | Balance |
|---|---|---|---|---|
| 04-01 | **Beginning Balance** | | | $11.95 |
| 04-01 | Santander Bank, COMM LOANS000000 0000000000000024 | | $49,501.72 | -$49,489.77 |
| 04-01 | INSUFFICIENT FUNDS FEE - ITEM PAID | | $15.00 | -$49,504.77 |
| 04-02 | ACH RETURNED ITEM | $49,501.72 | | -$3.05 |
| 04-02 | REFUND - INSUFFICIENT FUNDS FEE - ITEM PAID ON 04/01/2024 | $15.00 | | $11.95 |
| 04-11 | FEES FOR ACCOUNT ANALYSIS 03/31/24 | | $22.52 | -$10.57 |
| 04-12 | JVK Opertions Limited refund AA Fees | $22.52 | | $11.95 |
| 04-30 | **Ending Balance** | | | $11.95 |

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
CALL OUR BUSINESS CUSTOMER CONTACT CENTER AT 1-877-768-1145 OR WRITE TO THE BANK
ATTN: BUSINESS CUSTOMER CONTACT CENTER
Santander Way RI1 EPV 02 23
East Providence, RI 02915

**Please contact us if you think your statement or receipt is wrong or if you need additional information about a transfer on the statement or receipt. We must hear from you no later than 30 days after we sent you the FIRST statement on which the error appeared.**



EQUAL HOUSING LENDER

Santander Bank, N.A. is a Member FDIC and a wholly owned subsidiary of Banco Santander, S.A. ©2018 Santander Bank, N.A. All rights reserved. Santander, Santander Bank, and the Flame Logo are trademarks of Banco Santander, S.A. or its subsidiaries in the United States or other countries. All other trademarks are the property of their respective owners.