# UNITED STATES BANKRUPTCY COURT

Eastern DISTRICT OF New York

In Re. JVK OPERATIONS LTD. OF NJ　§　　　Case No. 24-70800
　　　　　　　　　　　　　　　　　§
_____　§　　　Lead Case No. 24-70799
　　　　Debtor(s)　　　　　　　　§
　　　　　　　　　　　　　　　　　　☒ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 04/30/2024　　　　Petition Date: 03/01/2024

Months Pending: 2　　　　　　　　　　　　Industry Classification: | 8 | 1 | 2 | 3 |

Reporting Method:　　　Accrual Basis ○　　Cash Basis ●

Debtor's Full-Time Employees (current): 59

Debtor's Full-Time Employees (as of date of order for relief): 59

**Supporting Documentation** (check all that are attached):
(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Vinod Samuel　　　　　　　　　　　　Vinod Samuel
Signature of Responsible Party　　　　　　Printed Name of Responsible Party
June 10, 2024
Date　　　　　　　　　　　　　　　　　　6/10/24
　　　　　　　　　　　　　　　　　　　　Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)　　　　　1

Debtor's Name JVK OPERATIONS LTD. OF NJ                                      Case No. 24-70800

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---:|---:|
| a. Cash balance beginning of month | $71,897 | |
| b. Total receipts (net of transfers between accounts) | $376,881 | $561,938 |
| c. Total disbursements (net of transfers between accounts) | $280,622 | $420,246 |
| d. Cash balance end of month (a+b-c) | $168,157 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $280,622 | $420,246 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---:|
| a. Accounts receivable (total net of allowance) | $811,461 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $234,153 |
| c. Inventory   (Book ○   Market ○   Other ⦿   (attach explanation)) | $0 |
| d. Total current assets | $1,213,771 |
| e. Total assets | $1,290,091 |
| f. Postpetition payables (excluding taxes) | $83,235 |
| g. Postpetition payables past due (excluding taxes) | $9,126 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $83,235 |
| k. Prepetition secured debt | $1,174,696 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $1,393,579 |
| n. Total liabilities (debt) (j+k+l+m) | $2,651,510 |
| o. Ending equity/net worth (e-n) | $-1,361,419 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---:|---:|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---:|---:|
| a. Gross income/sales (net of returns and allowances) | $376,881 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $245,110 | |
| c. Gross profit (a-b) | $131,771 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $31,23? | |
| f. Other expenses | $4,28( | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $96,260 | $259,757 |

UST Form 11-MOR (12/01/2021)                           2

Debtor's Name JVK OPERATIONS LTD. OF NJ                                   Case No. 24-70800

## Part 5: Professional Fees and Expenses

|   |   |   |   | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | | | | |
|   | *Itemized Breakdown by Firm* | | | | | | |
| Add |   | Firm Name | Role | | | | |
| Delete | i | | | | | | |

|   |   |   |   | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | | |
|   | *Itemized Breakdown by Firm* | | | | | | |
| Add |   | Firm Name | Role | | | | |
| Delete | i | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

## Part 6: Postpetition Taxes

|   |   | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $47,518 | $63,956 |
| d. | Postpetition employer payroll taxes paid | $47,518 | $63,956 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

## Part 7: Questionnaire - During this reporting period:

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | Yes (•) | No ( ) |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | Yes ( ) | No (•) |
| c. | Were any payments made to or on behalf of insiders? | Yes (•) | No ( ) |
| d. | Are you current on postpetition tax return filings? | Yes (•) | No ( ) |
| e. | Are you current on postpetition estimated tax payments? | Yes (•) | No ( ) |
| f. | Were all trust fund taxes remitted on a current basis? | Yes (•) | No ( ) |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ( ) | No (•) |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ( ) | No ( ) N/A (•) |
| i. | Do you have: | | |
| | If yes, are your premiums current? | Yes (•) | No ( ) N/A ( ) (if no, see Instructions) |
| | Casualty/property insurance? | Yes (•) | No ( ) |
| | If yes, are your premiums current? | Yes (•) | No ( ) N/A ( ) (if no, see Instructions) |
| | General liability insurance? | Yes (•) | No ( ) |
| | If yes, are your premiums current? | Yes (•) | No ( ) N/A ( ) (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ( ) | No (•) |
| k. | Has a disclosure statement been filed with the court? | Yes ( ) | No (•) |

Debtor's Name JVK OPERATIONS LTD. OF NJ                               Case No. 24-70800

I.  Are you current with quarterly U.S. Trustee fees as         Yes (●)  No ( )
    set forth under 28 U.S.C. § 1930?

### Part 8: Individual Chapter 11 Debtors (Only)

a. Gross income (receipts) from salary and wages            _____
b. Gross income (receipts) from self-employment             _____
c. Gross income from all other sources                      _____
d. Total income in the reporting period (a+b+c)             _____
e. Payroll deductions                                       _____
f. Self-employment related expenses                         _____
g. Living expenses                                          _____
h. All other expenses                                       _____
i. Total expenses in the reporting period (e+f+g+h)         _____
j. Difference between total income and total expenses (d-i) _____
k. List the total amount of all postpetition debts that are past due  _____
l. Are you required to pay any Domestic Support Obligations as defined by 11   Yes ( )  No ( )
   U.S.C § 101(14A)?
m. If yes, have you made all Domestic Support Obligation payments?   Yes ( )  No ( )  N/A ( )

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." See 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Vinod Samuel                              Vinod Samuel
_____               _____
Signature of Responsible Party                Printed Name of Responsible Party
President                                     6/10/24
_____               
Title

**NOTES TO OPERATING REPORT**

2.c. Debtor is in process of evaluating value of inventory; value informed by Schedules.

2.e. PP&E not included; Debtor is in process of evaluating value of PP&E; value includes current assets plus security deposits listed in Schedules.

2.k. Value reflects amount listed in Schedules less adequate assurance payments made since petition date.

2.m. Debtor is in process of validating prepetition unsecured debt; value informed by Schedules.

7.c. Postpetition expense reimbursements.



898 Veterans Memorial Highway
Suite 560
Hauppauge, NY 11788

**Statement Ending 04/30/2024**

JVK OPERATIONS LTD OF NJ                           Page 1 of 2

**Account Number: XXXXXX5930**

### Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Branch Name | Huntington |
| 📱 | Branch Number | 1-631-935-1600 |
| ✉ | Mailing Address | 337 Main Street<br>Huntington, NY 11743 |
| 💻 | Website | www.dime.com |

JVK OPERATIONS LTD OF NJ
DEBTOR IN POSSESION
130 NEW HWY
AMITYVILLE NY 11701-1117

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Debtor In Possession | XXXXXX5930 | $19,464.59 |

## Debtor In Possession-XXXXXX5930

## UTILITY ACCOUNT

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 03/30/2024 | **Beginning Balance** | **$0.00** |
| | 2 Credit(s) This Period | $19,564.59 |
| | 1 Debit(s) This Period | $100.00 |
| **04/30/2024** | **Ending Balance** | **$19,464.59** |

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 04/01/2024 | Transfer from CK 5925 | $337.22 |
| 04/12/2024 | Transfer from CK 5925 | $19,227.37 |

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 04/30/2024 | SERVICE CHARGE | $100.00 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 04/01/2024 | $337.22 | 04/12/2024 | $19,564.59 | 04/30/2024 | $19,464.59 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |



**800.321.DIME (3463) • dime.com • Member FDIC**





**898 Veterans Memorial Highway
Suite 560
Hauppauge, NY 11788**

## Statement Ending 04/30/2024

JVK OPERATIONS LTD OF NJ         Page 1 of 2

Account Number: XXXXXX5779

### Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Branch Name | Huntington |
| 📱 | Branch Number | 1-631-935-1600 |
| ✉ | Mailing Address | 337 Main Street<br>Huntington, NY 11743 |
| 💻 | Website | www.dime.com |

JVK OPERATIONS LTD OF NJ
OPERATING ACCOUNT
130 NEW HWY
AMITYVILLE NY 11701-1117

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Business Analysis | XXXXXX5779 | $0.00 |

## Business Analysis-XXXXXX5779

**Account Summary**

| Date | Description | Amount |
|---|---|---|
| 03/30/2024 | **Beginning Balance** | **$0.00** |
| | 2 Credit(s) This Period | $21,210.35 |
| | 2 Debit(s) This Period | $21,210.35 |
| 04/30/2024 | **Ending Balance** | **$0.00** |

**Daily Balances**

| Date | Amount | Date | Amount |
|---|---|---|---|
| 04/19/2024 | $0.00 | 04/26/2024 | $0.00 |

**Overdraft and Returned Item Fees**

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $525.00 |



**800.321.DIME (3463)  •  dime.com  •  Member FDIC**





**DIME**
898 Veterans Memorial Highway
Suite 560
Hauppauge, NY 11788

### Statement Ending 04/30/2024

JVK OPERATIONS LTD OF NJ  Page 1 of 14
**Account Number: XXXXXX5787**

**Managing Your Accounts**

| | Branch Name | Huntington |
|---|---|---|
| | Branch Number | 1-631-935-1600 |
| | Mailing Address | 337 Main Street<br>Huntington, NY 11743 |
| | Website | www.dime.com |

JVK OPERATIONS LTD OF NJ
PAYROLL ACCOUNT
130 NEW HWY
AMITYVILLE NY 11701-1117

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Business Analysis | XXXXXX5787 | $4,841.76 |

## Business Analysis-XXXXXX5787

**Account Summary**

| Date | Description | Amount |
|---|---|---|
| 03/30/2024 | Beginning Balance | $38,914.82 |
| | 0 Credit(s) This Period | $0.00 |
| | 65 Debit(s) This Period | $34,073.06 |
| 04/30/2024 | Ending Balance | $4,841.76 |

**Checks Cleared**

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 160 | 04/03/2024 | $470.85 | 1253 | 04/01/2024 | $293.85 |
| 1023* | 04/01/2024 | $579.59 | 1254 | 04/03/2024 | $481.04 |
| 1073* | 04/29/2024 | $6.84 | 1255 | 04/01/2024 | $658.13 |
| 1081* | 04/05/2024 | $75.17 | 1257* | 04/01/2024 | $587.52 |
| 1129* | 04/01/2024 | $175.13 | 1258 | 04/01/2024 | $443.66 |
| 1145* | 04/05/2024 | $174.26 | 1259 | 04/01/2024 | $508.21 |
| 1197* | 04/08/2024 | $485.60 | 1260 | 04/01/2024 | $501.41 |
| 1200* | 04/03/2024 | $218.68 | 1261 | 04/18/2024 | $508.20 |
| 1202* | 04/05/2024 | $474.27 | 1262 | 04/11/2024 | $396.08 |
| 1204* | 04/08/2024 | $457.28 | 1263 | 04/02/2024 | $474.25 |
| 1227* | 04/08/2024 | $1,030.47 | 1264 | 04/01/2024 | $501.43 |
| 1237* | 04/01/2024 | $651.66 | 1265 | 04/01/2024 | $501.42 |
| 1242* | 04/08/2024 | $470.84 | 1266 | 04/01/2024 | $501.43 |
| 1243 | 04/29/2024 | $468.59 | 1267 | 04/01/2024 | $467.46 |
| 1244 | 04/08/2024 | $402.89 | 1268 | 04/03/2024 | $505.61 |
| 1245 | 04/01/2024 | $614.99 | 1270* | 04/01/2024 | $494.64 |
| 1246 | 04/01/2024 | $474.24 | 1271 | 04/01/2024 | $969.33 |
| 1247 | 04/01/2024 | $470.85 | 1272 | 04/01/2024 | $1,106.71 |
| 1248 | 04/01/2024 | $470.84 | 1273 | 04/01/2024 | $910.84 |
| 1249 | 04/02/2024 | $470.85 | 1274 | 04/01/2024 | $899.75 |
| 1250 | 04/01/2024 | $470.86 | 1275 | 04/01/2024 | $896.77 |
| 1251 | 04/09/2024 | $501.41 | 1278* | 04/01/2024 | $1,230.97 |
| 1252 | 04/01/2024 | $358.71 | 1279 | 04/01/2024 | $533.36 |




**800.321.DIME (3463)** • **dime.com** • **Member FDIC**



898 Veterans Memorial Highway
Suite 560
Hauppauge, NY 11788

## Statement Ending 04/30/2024

JVK OPERATIONS LTD OF NJ                                      Page 1 of 8

Account Number: XXXXXX5925

### Managing Your Accounts

| | | |
|---|---|---|
| | Branch Name | Huntington |
| | Branch Number | 1-631-935-1600 |
| | Mailing Address | 337 Main Street<br>Huntington, NY 11743 |
| | Website | www.dime.com |

JVK OPERATIONS LTD OF NJ
DEBOTR IN POSSESSION
130 NEW HWY
AMITYVILLE NY 11701-1117

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Debtor In Possession | XXXXXX5925 | $135,742.74 |

## Debtor In Possession-XXXXXX5925

## OPERATING ACCOUNT

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 03/30/2024 | **Beginning Balance** | **$32,938.05** |
| | 12 Credit(s) This Period | $378,316.36 |
| | 49 Debit(s) This Period | $275,511.67 |
| **04/30/2024** | **Ending Balance** | **$135,742.74** |

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 04/03/2024 | Transfer from CK 1022 | $29,719.12 |
| 04/03/2024 | Transfer from CK 1022 | $52,432.28 |
| 04/04/2024 | Transfer from CK 1022 | $20,248.76 |
| 04/10/2024 | Transfer from CK 1022 | $52,071.82 |
| 04/17/2024 | Transfer from CK 1022 | $16,393.48 |
| 04/18/2024 | Transfer from CK 1022 | $20,023.16 |
| 04/18/2024 | Transfer from CK 1022 | $21,349.69 |
| 04/19/2024 | Transfer from CK 5779 | $15,463.43 |
| 04/24/2024 | Transfer from CK 1022 | $10,066.75 |
| 04/24/2024 | Transfer from CK 1022 | $113,140.54 |
| 04/25/2024 | Transfer from CK 1022 | $21,660.41 |
| 04/26/2024 | Transfer from CK 5779 | $5,746.92 |

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 04/01/2024 | CAPITAL ONE ONLINE PMT 3X7U3EE6BR4XUVO | $650.00 |
| 04/02/2024 | CAPITAL ONE ONLINE PMT 3X8GR1H5F56NCT0 | $1,000.00 |
| 04/05/2024 | CAPITAL ONE ONLINE PMT 3X93CQLXK1QS7F8 | $1,000.00 |
| 04/05/2024 | CAPITAL ONE ONLINE PMT 3X93RHUQTYGFUZ8 | $2,000.00 |
| 04/08/2024 | CAPITAL ONE ONLINE PMT 3X9AZC3F166GHHW | $1,000.00 |
| 04/11/2024 | CAPITAL ONE ONLINE PMT 3XAD7CF92PEO9ZO | $1,000.00 |
| 04/11/2024 | TRAVELERS BUS INSUR BPITBI160596939 | $3,341.15 |
| 04/15/2024 | CAPITAL ONE ONLINE PMT 3XAS3JA0XLPI7BO | $3,000.00 |
| 04/19/2024 | STATE FARM RO 08 CPC-CLIENT 17 S 1380730917 | $2,174.44 |

 **800.321.DIME (3463)  •  dime.com  •  Member FDIC** 



**Statement Ending 04/30/2024**

JVK OPERATIONS LTD OF NJ     Page 1 of 42
**Account Number: XXXXXX5929**

898 Veterans Memorial Highway
Suite 560
Hauppauge, NY 11788

### Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Branch Name | Huntington |
| 📱 | Branch Number | 1-631-935-1600 |
| ✉ | Mailing Address | 337 Main Street<br>Huntington, NY 11743 |
| 💻 | Website | www.dime.com |

JVK OPERATIONS LTD OF NJ
DEBTOR IN POSSESSION
130 NEW HWY
AMITYVILLE NY 11701-1117

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Debtor In Possession | XXXXXX5929 | $8,093.29 |

## Debtor In Possession-XXXXXX5929

## PAYROLL ACCOUNT

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 03/30/2024 | **Beginning Balance** | **$0.00** |
| | 5 Credit(s) This Period | $140,583.37 |
| | 216 Debit(s) This Period | $132,490.08 |
| **04/30/2024** | **Ending Balance** | **$8,093.29** |

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 04/04/2024 | Transfer from CK 5925 | $36,667.00 |
| 04/12/2024 | Transfer from CK 1022 | $19,914.37 |
| 04/15/2024 | Transfer from CK 5925 | $15,844.00 |
| 04/19/2024 | Transfer from CK 5925 | $33,758.00 |
| 04/26/2024 | Transfer from CK 5925 | $34,400.00 |

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 04/30/2024 | SERVICE CHARGE | $100.00 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 1299 | 04/05/2024 | $374.74 | 1310 | 04/08/2024 | $671.63 |
| 1300 | 04/08/2024 | $494.64 | 1311 | 04/08/2024 | $102.50 |
| 1302* | 04/12/2024 | $601.68 | 1312 | 04/08/2024 | $501.44 |
| 1303 | 04/08/2024 | $683.77 | 1313 | 04/08/2024 | $515.03 |
| 1304 | 04/09/2024 | $601.68 | 1314 | 04/08/2024 | $358.71 |
| 1305 | 04/08/2024 | $596.58 | 1315 | 04/08/2024 | $778.16 |
| 1306 | 04/08/2024 | $616.75 | 1316 | 04/08/2024 | $576.19 |
| 1307 | 04/09/2024 | $571.09 | 1317 | 04/08/2024 | $393.82 |
| 1308 | 04/09/2024 | $576.18 | 1318 | 04/08/2024 | $571.09 |
| 1309 | 04/09/2024 | $576.19 | 1319 | 04/08/2024 | $365.52 |



**800.321.DIME (3463) • dime.com • Member FDIC**



   

**TD Bank**
America's Most Convenient Bank®                7        STATEMENT OF ACCOUNT

JVK OPERATIONS LTD OF NJ
130 NEW HWY
AMITYVILLE NY  11701

Page: 1 of 3
Statement Period: Apr 01 2024-Apr 30 2024
Cust Ref #: 4367864034-719-7-###
Primary Account #: 436-7864034

## TD Business Premier Checking

JVK OPERATIONS LTD OF NJ                                                                                Account # 436-7864034

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 44.42 | Average Collected Balance | 44.42 |
| | | Interest Earned This Period | 0.00 |
| Service Charges | 30.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 14.42 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $70.00 |

### DAILY ACCOUNT ACTIVITY

**Service Charges**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/30 | MAINTENANCE FEE | 30.00 |
| | Subtotal: | 30.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 03/31 | 44.42 | 04/30 | 14.42 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com