**SMITH, GAMBRELL & RUSSELL, LLP**
1301 Avenue of the Americas
New York, New York 10019
(212) 907-9700
Allen G. Kadish
Paris Gyparakis
Email: akadish@sgrlaw.com
            pgyparakis@sgrlaw.com

*Counsel to Silver Birch, Inc. and BA*
  *Securities, LLC*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------- x

In re:                                                                   Chapter 11

JVK Operations Limited, *et al*.,[1]                        Case No.: 24-70799 (SPG)

                                         Debtors.          (Jointly Administered)
-------------------------------------------------------------------- x

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that pursuant to section 1109(b) of title 11 of the United States

Code, 11 U.S.C. §§ 101, *et seq*. (the "**Bankruptcy Code**"), and Rules 9010 and 2002 of the Federal

Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Smith, Gambrell & Russell, LLP**,**

hereby enters its appearance as counsel to Silver Birch, Inc. and BA Securities, LLC in the above-

captioned case, and hereby requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and

sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given

or filed, or required to be given or filed in this case be given and served upon counsel at the

following address:

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification
    number, are JVK Operations Limited (4212), and JVK Operations Ltd. of NJ (2255).

SGR/82145281.1

**SMITH, GAMBRELL & RUSSELL, LLP**
*Counsel to Silver Birch, Inc. and BA Securities, LLC*
1301 Avenue of the Americas
New York, New York 10019
Attn: Allen G. Kadish, Esq.

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the provisions of the Bankruptcy Code and Bankruptcy Rules specified above, but also, without limitation, any notice, hearing date, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, delivery, telephone, facsimile or otherwise filed or given with regard to the related bankruptcy case and any adversary proceedings commenced in relation thereto.

Dated: New York, New York
        May 4, 2026

**SMITH, GAMBRELL & RUSSELL, LLP**

By:  */s/  Allen G. Kadish*
        Allen G. Kadish
        Paris Gyparakis

1301 Avenue of the Americas
New York, NY 10019
(212) 907-9700
(212) 907-9800 Facsimile
akadish@sgrlaw.com
pgyparakis@sgrlaw.com

*Counsel to Silver Birch, Inc. and
   BA Securities, LLC*

2

SGR/82145281.1