*Hearing Date: June 23, 2026, at 3:30 p.m.*
*Objection Deadline: June 19, 2026, at 5:00 p.m.*

**SMITH, GAMBRELL & RUSSELL, LLP**
1301 Avenue of the Americas
New York, NY 10019
(212) 907-9700
Allen G. Kadish
Paris Gyparakis
Email: akadish@sgrlaw.com
        pgyparakis@sgrlaw.com

*Counsel to Silver Birch, Inc. and BA*
 *Securities, LLC*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------------ x

In re:                                                        Chapter 11

JVK Operations Limited, *et al*., [1]                  Case No.: 24-70799 (SPG)

                                        Debtors.          (Jointly Administered)
------------------------------------------------------------------ x

### NOTICE OF HEARING ON FIRST AND FINAL FEE APPLICATION OF SILVER BIRCH, INC. AND BA SECURITIES, LLC, ADVISOR AND INVESTMENT BANKER TO THE DEBTORS AND DEBTORS IN POSSESSION, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

**PLEASE TAKE NOTICE**, that upon the *First and Final Fee Application of Silver Birch,*

*Inc. and Ba Securities, LLC, Advisor and Investment Banker to the Debtors and Debtors in*

*Possession, for   Allowance of Compensation and Reimbursement of Expenses* (the "**Fee**

**Application**")  of Silver Birch, Inc. and BA Securities, LLC (collectively "**SBG**"), the undersigned

will move at a hearing before the Honorable Sheryl P. Giugliano, United States Bankruptcy Judge,

United States Bankruptcy Court, Eastern District of New York, Alfonse M. D'Amato U.S.

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are JVK Operations Limited (4212), and JVK Operations Ltd. of NJ (2255).

Courthouse, 290 Federal Plaza, Courtroom 860, Central Islip, New York 11722, on **June 23, 2026 at 3:30 p.m. (prevailing Eastern Time)** or as soon thereafter as counsel may be heard (the "**Hearing**")  for the entry of an order granting the Fee Application and for such other relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE, all attorneys and unrepresented parties appearing both in person and telephonically must register with eCourt Appearances at least two (2) business days in advance of the Hearing at: https://ecf.nyeb.uscourts.gov/cgibin/nyebAppearances.pl.  If for some reason you are not able to use the eCourt Appearances platform you must email the Courtroom Deputy at: SPG_hearings@nyeb.uscourts.gov  at least two (2) business days prior to the Hearing and state that a reasonable effort to use the platform has been made. You must include your name, the case number(s), who you represent if you are an attorney, and the date of the hearing. Your email must include in the Re: line "I am not able to register using eCourt Appearances." You will then be provided with the dial in/log in information. If you do not have internet access you may call the courtroom deputy with this information.

PLEASE TAKE FURTHER NOTICE, that objections, if any, to the relief requested in the Fee Application shall be (a) filed with the Clerk of the Bankruptcy Court on the Court's ECF system; and (b) served upon counsel for SBG at: Smith, Gambrell & Russell, LLP, 1301 Avenue of the Americas, 15th Fl., New York, NY 10019, Attn: Allen G. Kadish, Esq. (akadish@sgrlaw.com), so that same are filed and received on or before June 19, 2026 at 5:00 p.m. (prevailing Eastern Time).

[*signature page follows*]

2

SGR/82145611.8

Dated: New York, New York
       May 6, 2026

SMITH, GAMBRELL & RUSSELL, LLP

By: */s/ Allen G. Kadish*
       Allen G. Kadish
       Paris Gyparakis

1301 Avenue of the Americas
New York, NY 10019
(212) 907-9700
(212) 907-9800 Facsimile
akadish@sgrlaw.com
pgyparakis@sgrlaw.com

*Counsel to Silver Birch, Inc. and*
    *BA Securities, LLC*

SGR/82145611.8

*Hearing Date: June 23, 2026, at 3:30 p.m.*
*Objection Deadline: June 19, 2026, at 5:00 p.m.*

**SMITH, GAMBRELL & RUSSELL, LLP**
1301 Avenue of the Americas
New York, NY 10019
(212) 907-9700
Allen G. Kadish
Paris Gyparakis
Email: akadish@sgrlaw.com
          pgyparakis@sgrlaw.com

*Counsel to Silver Birch, Inc. and BA*
 *Securities, LLC*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------- x

In re:                                                    Chapter 11

JVK Operations Limited, *et al*., [1]              Case No.: 24-70799 (SPG)

                                   Debtors.          (Jointly Administered)
-------------------------------------------------------------- x

**SUMMARY COVER SHEET TO**
**FIRST AND FINAL FEE APPLICATION OF SILVER BIRCH,**
**INC. AND BA SECURITIES, LLC, ADVISOR AND INVESTMENT**
**BANKER TO THE DEBTORS AND DEBTORS IN POSSESSION, FOR**
**ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| *General Information* | |
|---|---|
| *Name of Applicant:* | Silver Birch, Inc. and BA Securities, LLC |
| *Authorized to Provide Professional Services to:* | Debtors and Debtors in Possession |
| *Date of Retention*: | February 19, 2025, Effective January 3, 2025 |
| *Prior Applications:* | N/A |

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are JVK Operations Limited (4212), and JVK Operations Ltd. of NJ (2255).

SGR/82145611.8

2

| Summary of Fees and Expenses Sought in this Application | |
|---|---|
| *Period for which Compensation and Reimbursement is Sought:* | January 3, 2025, through May 7, 2026[2] |
| *Amount of Compensation Sought:* | $420,000 |
| *Amount of Expense Reimbursement Sought:* | $13,213 |
| *Total Compensation and Expenses Sought:* | $433,213 |
| *Amount Paid to Date* | ($10,000) |
| *Amount to Be Paid* | $423,213 |

This is an:        ☐ Monthly              ☐ Interim              ☒ Final  Application

---

[2] Pending approval of the sale of assets of JVK Operations Ltd. of NJ.

2

**SMITH, GAMBRELL & RUSSELL, LLP**
1301 Avenue of the Americas
New York, NY 10019
(212) 907-9700
Allen G. Kadish
Paris Gyparakis
Email: akadish@sgrlaw.com
        pgyparakis@sgrlaw.com

*Counsel to Silver Birch, Inc. and BA*
 *Securities, LLC*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------------- x

In re:                                                           Chapter 11

JVK Operations Limited, *et al*., [1]                            Case No.: 24-70799 (SPG)

                              Debtors.          (Jointly Administered)
------------------------------------------------------------------- x


### FIRST AND FINAL FEE APPLICATION OF SILVER BIRCH, INC. AND BA SECURITIES, LLC, ADVISOR AND INVESTMENT BANKER TO THE DEBTORS AND DEBTORS IN POSSESSION, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

TO THE HONORABLE SHERYL P. GIUGLIANO
UNITED STATES BANKRUPTCY JUDGE:

Silver Birch, Inc. and BA Securities, LLC (collectively "**SBG**"), by and through their

undersigned counsel, submits this first and final fee application (the "**Fee Application**"), pursuant

to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure (the

"**Bankruptcy Rules**") and Rule 2016-1 of the Local Bankruptcy Rules for the Eastern District of

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are JVK Operations Limited (4212), and JVK Operations Ltd. of NJ (2255).

New York (the "**Local Rules**"), for the entry of an order allowing and awarding compensation in the aggregate  amount of $420,000 for professional services rendered and reimbursement of actual and necessary expenses in the aggregate amount of $13,213 incurred by SBG, for the period from January 3, 2025 through May 7, 2026 (the "**Fee Period**"). In support of this Application, SBG submits the declaration of Jeffrey R. Manning, Sr. (the "**Manning Declaration**"), annexed hereto as *Exhibit A* and fully incorporated by reference herein, and respectfully represents as follows:

### JURISDICTION, VENUE AND STATUTORY PREDICATE

1. This Court has jurisdiction to consider this Fee Application as a core proceeding pursuant to 28 U.S.C. §§ 157 and 1334.

2. Venue of these proceedings is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The statutory predicates for the relief requested herein are 11 U.S.C. §§ 328, 330 and 331, as supplemented by Bankruptcy Rule 2016 and Local Rule 2016-1.

### BACKGROUND

4. On March 1, 2024 (the "**Petition Date**"), the above-captioned debtors and debtors in possession (the "**Debtors**") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (the "**Bankruptcy Code**"), commencing these cases in the United States Bankruptcy Court for the Eastern District of New York (the "**Court**").

5. Pursuant to the terms of that certain engagement letter between the Debtors, certain non-debtor entities[2] and SBG dated December 28, 2024, a copy of which is annexed hereto as *Exhibit B* (the "**Engagement Letter**"), the Debtors agreed to retain SBG as advisor and investment banker and compensate SBG a transaction fee (the "**Transaction Fee**") upon closing or the

---

[2] RMK Hospitality Services of NJ Corporation ("**RMK NJ**"), and RMK Hospitality Services, Inc. ("**RMK NY**").

effective date of any confirmed plan of reorganization. *See* Engagement Letter, § 4.

6.      Under the terms of the Engagement Letter, the Debtors also agreed to "promptly [apply] to the bankruptcy court … for approval pursuant to §§ 327(a) and 328(a) of the Code of [SBG's] retention by the Debtors … <u>subject only to the standard of review provided for in §328(a)</u> of the Code, and not subject to the standard of review under §330 of the Code." *See id.* § 4.x (emphasis added).

7.      On January 14, 2025, the Debtors filed an *Application for Authority to Employ and Retain Silver Birch, Inc. and BA Securities, LLC, Together, As the Advisor and Investment Banker for the Debtors and Debtors-In-Possession Effective as of January 3, 2025* [ECF No. 152] (the "**Retention Application**").

8.      The Retention Application sought to retain SBG as investment banker "for the Debtors on a contingent fee basis pursuant to Bankruptcy Code section 328." *See* Retention Application ¶ 28.

9.      On February 19, 2025, the Court entered an Order [ECF No. 186] (the "**Retention Order**") granting the Retention Application and authorizing the employment and retention of SBG as investment banker, effective January 3, 2025. A copy of the Retention Order is annexed hereto as *Exhibit C*.

10.     On December 25, 2024, the Debtors filed a *Motion for Entry of (a) An Order (i) Scheduling A Hearing On the Approval of the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances, (ii) Approving Certain Bidding Procedures, and the Form and Manner of Notice Thereof, (iii) Authorizing Each Debtor to Provide (But Not Approving) Certain Bid Protections for Any Stalking Horse Purchaser, and (iv) Granting Related Relief; and (b) Orders (i) Approving the Form of Asset Purchase Agreement, (ii) Authorizing the Sale of All*

3

*or Substantially All of the Debtors' Assets "As is" and "Where is", to the Proponent of the Highest and Best Bid Free and Clear of All Encumbrances, and (iii) Granting Related Relief* [ECF No. 145] (the "**Sale Motion**").

11.     On March 12, 2025, the Court entered an Order [ECF No. 193] (the "**Bidding Procedures Order**") granting the Sale Motion.

12.     Pursuant to the Bidding Procedures Order, a successful auction was held on April 8, 2024, that produced an effective bid of $8.657 million ($3.270 million for JVK NJ and $5.387 million for JVK NY, including a $290,000 A/R adjustment). *See* Manning Decl. ¶¶ 5-6.

13.     The auction sale was never consummated, and the Debtor and the successful bidder agreed to a termination of the contract in a settlement agreement approved by the Court (the "**MediServ Settlement**").

14.     On January 12, 2026, the Court entered an Order [ECF No. 291] (the "**Confirmation Order**"), confirming the *Debtor's Modified Third Amended Chapter 11 Plan of Reorganization* [ECF No. 262] (the "**Plan**"). The Plan is funded, in part, by the proceeds of the MediServ Settlement.

15.     January 13, 2026 (the "**Effective Date**") was subsequently noticed as the effective date of the Plan. *See Notice of (1) Entry of Order Confirming Plan, (2) Occurrence of Effective Date of Confirmed Plan (as Modified) and (3) Certain Deadlines Under the Plan* [ECF No. 313].

## RELIEF REQUESTED

16.     Through this Fee Application, SBG seeks the entry of an order, pursuant to sections 330[3] and 331 of the Bankruptcy Code, Bankruptcy Rule 2016 and Local Rule 2016-1, allowing

---

[3] Despite the Debtors' obligations under the Engagement Letter, the Retention Order does not appear to authorize SBG's retention pursuant to Bankruptcy Code section 328(a).

SGR/82145611.8

and awarding compensation in the aggregate amount of $420,000 for professional services rendered and reimbursement of actual and necessary expenses in the aggregate amount of $13,213 incurred by SBG during the Fee Period.

## COMPENSATION REQUESTED

17.     SBG seeks final allowance of fees in the amount of $420,000 for services rendered during the Fee Period, as follows:

| Paid Initial Retainer | $ 10,000 |
|---|---|
| Transaction Fee | $ 385,000 |
| New Value Report | $ 25,000 |
| **Total** | **$ 420,000** |

18.     The services performed by SBG during the Fee Period included, among others, participating with the Debtors and their professionals regarding general case strategy and the asset sale processes, creating and defining the Bidding Procedures and the Asset Purchase Agreement templates, implementing the online data room, managing due diligence, developing collateral marketing materials, managing the non-disclosure agreement process, meeting with third parties regarding potential interest in the Debtors and estate assets, contacting potential bidders, leading the Auction and other various sales processes, and attending multiple Court hearings. *See* Manning Decl. ¶ 4.

19.     SBG successfully reached out to thirty-three (33) potential bidders with Executive Summaries that resulted in thirteen (13) executed NDAs, and six (6) potential bidders that conducted site visits of both the New York and New Jersey facilities. *See id.*

20.     The Auction results represented an effective improvement of $1.025 million above the original stalking horse bid. *See id.* ¶ 6.

21.     Pursuant to the terms of the Engagement Letter, SBG is entitled to a transaction fee

5

in the amount of $385,000 (the "**Transaction Fee**") as compensation. *See id.* ¶ 9.

22.    On November 4, 2025, the Debtors requested and authorized SBG to prepare a new value report (the "**New Value Report**") in connection with the Debtors' *Second Modified Third Amended Chapter 11 Plan* [ECF No. 370]. *See id.* ¶ 13.

23.    The New Value Report dated November 26, 2025, was made part of the official court record at the confirmation hearing held before the Court on December 9, 2024. A copy of the *Declaration of Jeffrey R. Manning, Sr. of the Silver Birch Group in Support of Confirmation of Modified Third Amended Chapter 11 Plan of Reorganization* and the New Value Report is annexed hereto as *Exhibit D*.

**EXPENSE REIMBURSEMENT**

24.    SBG incurred out-of-pocket expenses during the Fee Period in the amount of $13,213, as follows:

| | |
|---|---|
| Transportation | $   6,571.00 |
| Lodging | $   3,299.00 |
| Travel Meals | $   1,177.00 |
| Database | $   1,850.00 |
| Other | $      316.00 |
| **Total** | **$  13,213.00** |

25.    In accordance with section 330 of the Bankruptcy Code, SBG seeks reimbursement only for the actual cost of such expenses to SBG. SBG submits that all such expenses incurred were customary, necessary and related to these chapter 11 cases and, by this Fee Application, requests reimbursement of same.

26.    Under the standard imposed under section 328 of the Bankruptcy Code, the amount of fees is a mathematical product of the transactions contemplated.

6

SGR/82145611.8

27.     SBG submits that, in accordance with the factors enumerated in section 330 of the Bankruptcy Code, the fees requested for the Fee Period are fair and reasonable given the complexities of these cases, the time expended, the nature and extent of services rendered, the value of such services, and the costs of comparable services other than in a case under this title.

## NOTICE

28.     Notice of this Fee Application will be given electronically (simultaneously with its filing with the Court) to all parties who have registered with the ECF/CM System to receive notice in these cases, including: (i) counsel for the Debtors; (iii) the Office of the United States Trustee for Region 2, and (iii) all parties that have formally appeared and requested service in this case pursuant to Bankruptcy Rule 2002.  SBG submits that no other or further notice need be provided.

29.     No prior application for the relief requested herein has been made to this or any other Court.

## CONCLUSION

**WHEREFORE**, for the reasons set forth herein, SBG respectfully requests that the Court enter an order: (i) authoring allowance of compensation and directing payment of  in the amount of $410,000 for professional services rendered, and in the amount of $13,213 for reimbursement for actual and necessary expenses incurred during the Fee Period; and (ii) and granting such other and further relief as the Court deems just and proper.

[*signature page follows*]

7

SGR/82145611.8

Dated: New York, New York
        May 6, 2026

**SMITH, GAMBRELL & RUSSELL, LLP**

By: */s/ Allen G. Kadish*
        Allen G. Kadish
        Paris Gyparakis

1301 Avenue of the Americas
New York, NY 10019
(212) 907-9700
(212) 907-9800 Facsimile
akadish@sgrlaw.com
pgyparakis@sgrlaw.com

*Counsel to Silver Birch, Inc. and
   BA Securities, LLC*

8

SGR/82145611.8