## EXHIBIT C

**Retention Order**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

In re:                                              Chapter 11

JVK Operations Limited, et al.,                     Case No.: 24-70799 REG

                          Debtors.[1]               (Jointly Administered)

------------------------------------------------------------------- x

## ORDER APPROVING EMPLOYMENT OF SILVER BIRCH, INC. AND BA SERCURITES, LLC, TOGETHER, AS THE ADVISOR AND INVESTMENT BANKER FOR THE DEBTORS AND DEBTORS-IN-POSSESSION EFFECTIVE AS OF JANUARY 3, 2025

**UPON** the application, dated January 10, 2025 (the "Application", ECF No. 156), of JVK Operations Limited, et al., (the "Debtors"), seeking the entry of an order under pursuant to sections 327, 328 and 330 of title 11 of the United States Code, 11 U.S.C. §§101 et seq. (as amended, the "Bankruptcy Code") and Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (as amended, the "Bankruptcy Rules"), and Rule 2014-1 of the Local Rules for the United States Bankruptcy Court for the Eastern District of New York (the "Local Bankruptcy Rules") approving and authorizing the retention of Silver Birch, Inc. ("SBG") and BA Securities, LLC ("BA") as their Advisor and investment banker; and upon the accompanying affirmation of Jeffrey R. Manning, Sr. CTP; and the Court being satisfied that: (i) neither SBG nor BA represents nor holds any interest adverse to the Debtors or to the estates, (ii) SBG and BA are "disinterested persons" as that term is defined in 11 U.S.C. § 101(14), and (iii) the employment of SBG and BA is necessary and would be in the best interests of the estates; and no additional notice being required, it is hereby

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, are JVK Operations Limited (4212), and JVK Operations Ltd. of NJ (2255).

30091324.5

**ORDERED**, that the Application is granted and, the Debtors are authorized to employ SBG and BA as their Advisor and investment banker as set forth in the Application and the engagement letter annexed thereto as Exhibit C; and it is further

**ORDERED**, that prior to any increases in SBG and/or BA rates, SBG and/or BA shall file a supplemental affidavit with the Court and provide ten days' notice to the Debtors, the U.S. Trustee and any parties in interest that have filed a notice of appearance and request for notices. The supplemental affidavit shall explain the basis for the rate increases in accordance with Section 330(a)(3)(F) of the Bankruptcy Code. The U.S. Trustee, retains all rights to object to any rate increase on all grounds, including, but not limited to, the reasonableness standard provided for in § 330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to § 330 of the Bankruptcy Code; and it is further

**ORDERED**, that no compensation or reimbursement of expenses shall be paid to SBG or BA for services rendered to the Debtors, except upon proper application and by further order of this Court following a hearing on notice pursuant to §§ 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules.

NO OBJECTION:
WILLIAM K. HARRINGTON
**United States Trustee for Region 2**

**By: /s/ William J. Birmingham**
    William J. Birmingham, Esq.
    Trial Attorney
    Office of the United States Trustee
    560 Federal Plaza
    Central Islip, NY 11722

**Dated: Central Islip, New York**
    **February 19, 2025**

        **Robert E. Grossman**
        **United States Bankruptcy Judge**