UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re:

JVK OPERATIONS LIMITED,

                         Reorganized Debtor.
-------------------------------------------------------------------x

Chapter 11

Case No. 24-70799-spg

## ORDER GRANTING FIRST AND FINAL APPLICATION OF SPENCE LAW OFFICE, P.C., AS GENERAL BANKRUPTCY COUNSEL TO THE DEBTOR, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon the first and final fee application [ECF No. 319] (the "Fee Application"), filed April 13, 2026, of Spence Law Office, P.C., as general bankruptcy counsel to JVK Operations Limited, the above-captioned reorganized debtor (the "Debtor"), seeking an award of compensation and expenses for the period March 1, 2024 through March 13, 2026; and a hearing on the Fee Application having been scheduled for May 7, 2026 (the "Hearing"); and upon the certificate of service [ECF No. 321], filed April 14, 2026, demonstrating good and sufficient notice of the Fee Application and the Hearing thereon; and upon the limited objection to the Motion [ECF No. 327] (the "Limited Objection"), filed May 4, 2026 by Silver Birch, Inc. and BA Securities, LLC; and upon the Debtor's reply to the Limited Objection [ECF No. 329] (the "Reply"), filed May 6, 2026; and the Hearing having been held, the transcript of which is incorporated herein by reference; and the Court having thoughtfully considered the statements interposed at the Hearing in support of and opposition to the Fee Application; and for the reasons articulated by the Court at the Hearing, the Limited Objection having been overruled; and upon the supporting certification [ECF No. 330] (the "Spence Certification"), filed May 8, 2026, of Robert J. Spence, Esq., the President and principal attorney of Spence Law Office, P.C.; and the Court having carefully

reviewed the Fee Application, the Limited Objection, the Reply, the Spence Certification, and all of the exhibits thereto; and after due deliberation and good cause appearing therefor, it is

**ORDERED,** that the Fee Application is **GRANTED** to the extent provided in the attached **Schedule A** and **Schedule B**.



Dated: Central Islip, New York

May 13, 2026

_____

Sheryl P. Giugliano

United States Bankruptcy Judge

2