Case No. 24-70799-spg  
JVK OPERATIONS LIMITED

**CURRENT FEE PERIOD**  
March 1, 2024 ─ March 13, 2026

**Schedule A**

| (1) Applicant / Role | (2) Date / Document Number of Fee Application | (3) Fees Requested on Fee Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period | (6) Fees to be Paid for Prior Fee Period(s) (if any) (i.e., Holdback Release) | (7) Total Fees to be Paid | (8) Expenses Requested | (9) Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| Spence Law Office, P.C. *General Bankruptcy Counsel to the Debtor* | April 13, 2026 [ECF No. 319] | $493,369.00[1] | $493,369.00[1] | $493,369.00[1] | $0.00 | $493,369.00[1] | $4,256.46 | $4,256.46 |

[1] Spence Law Office, P.C.'s fully diluted one-percent (1%) warrant for equity in the reorganized Debtor, as disclosed and described in the Fee Application and the Debtor's confirmed plan of reorganization, is also **APPROVED**.

Case No. 24-70799-spg        **FINAL FEE PERIOD**        **Schedule B**
JVK OPERATIONS LIMITED        March 1, 2024 ─ March 13, 2026

| (1) Final Fees Requested in Fee Application | (2) Voluntary Reductions to Fees | (3) Final Fees Allowed | (4) Fees Paid to Date | (5) Final Fees Due[1] | (6) Final Expenses Requested in Fee Application | (7) Voluntary Reductions to Expenses | (8) Final Expenses Awarded | (9) Expenses Paid to Date | (10) Final Expenses Due[2] |
|---|---|---|---|---|---|---|---|---|---|
| $493,369.00[3] | N/A | $493,369.00[3] | $0.00 | $493,369.00[3] | $4,256.46 | N/A | $4,256.46 | $0.00 | $4,256.46 |

[1] Spence Law Office, P.C. shall apply the full $33,018.00 balance of its pre-petition retainer to the amount set forth in the "Final Fees Due" column.

[2] Spence Law Office, P.C. shall apply $0.00 of the $33,018.00 balance of its pre-petition retainer to the amount set forth in the "Final Expenses Due" column.

[3] Spence Law Office, P.C.'s fully diluted one-percent (1%) warrant for equity in the reorganized Debtor, as disclosed and described in the Fee Application and the Debtor's confirmed plan of reorganization, is also **APPROVED**.