*Smith, Gambrell & Russell, LLP*
*1301 Avenue of the Americas*
*15th Floor*
*New York, New York 10019*
*Tel: 212-907-9700*
*www.sgrlaw.com*

Smith Gambrell Russell

*Allen G. Kadish*
*Direct Tel: 212-907-9704*
*Direct Fax: 212-907-9800*
*akadish@sgrlaw.com*

October 2, 2026

Honorable Sheryl P. Giugliano
United States Bankruptcy Court
Eastern District New York
290 Federal Plaza
Central Islip, New York 11722

Re: In re JVK Operations Limited, Debtor, and
JVK Operations Limited of NJ, Debtor
Chapter 11 Case No. 24-70799 (SPG) (Jointly Administered)
*Stipulation and Order Granting First and Final Fee Application of Silver Birch, Inc. and BA Securities, LLC, Advisor and Investment Banker to the Debtors and Debtors-in-Possession* (Docket No. 348)

Dear Judge Giugliano:

We are counsel to Silver Birch, Inc. and BA Securities, LLC ("SBG"). SBG was retained by engagement letter dated December 28, 2024, and retention order dated February 19, 2025 (Docket No. 186). SBG rendered services and incurred out of pocket expenses consistent with the engagement letter and retention order. SBG filed its final fee application on May 6, 2026 (Docket No. 328), seeking an award of $420,000 from JVK Operations Limited ("JVK (NY)") and JVK Operations Limited of NJ ("JVK (NJ)") and expenses of $13,213.00.

SBG, in support of its fee application, and the Debtors, in opposition, appeared at hearings before the Court. Finally, SBG and the Debtors entered into a stipulated fee order which was Court approved on July 30, 2026 (Docket No. 348) (the "Fee Order"), copy attached, requiring:

> JVK (NY) to pay $10,000.00 within 25 days of Court approval, which fell to August 24, 2026, and $2,778.00 monthly beginning on or before September 5, 2026, with other monthly payments to follow over eighteen months as specified, and
>
> JVK (NJ) to pay $20,000.00 within 20 days after the closing of a sale, which sale was approved at a hearing held on September 17, 2026.

SBG issued invoices (with wire instructions and Form W-9) ahead of the required payment due dates. JVK (NY) was Court ordered to make payments initially and over eighteen months, and has failed so far to pay:

$10,000 by August 24, 2026, and
$ 2,778 by September 1, 2026.

The next payment of $2,778 is due by October 5th.

The Fee Order also requires financial reporting to SBG, which has not been provided by either Debtor.

SBG withheld from seeking enforcement at the first payment default (August 24, 2026), and the second payment default (September 5, 2026), in the hope that a little flexibility would lead to compliance. On September 14, 2026 (Docket No. 354), SBG filed a Reservation of Rights informing the Court of JVK (NY)'s failure to meet Court-ordered payment obligations as of that date. Recent requests of the Debtors' counsel for a status update have gone without response.

Now, SBG respectfully:

(i) seeks a (remote) conference with the Court,
(ii) requests an Order compelling compliance with the Fee Order in respect of payments,
(iii) requests an Order compelling compliance with the Fee Order in respect of financial information, and
(iv) reserves its rights to seek sanctions for contempt of the Fee Order, both so as to coerce compliance and address non-compliance thus far.

Respectfully,

*/s/ Allen G. Kadish*
Allen G. Kadish
Partner

AGK:chl1
cc: Debtors' counsel and counsel of record by ECF