***Hearing Date: October 14, 2026***
***Time: 1:00 p.m.***

**SMITH, GAMBRELL & RUSSELL, LLP**
1301 Avenue of the Americas
New York, New York 10019
(212) 907-9700
Allen G. Kadish
Paris Gyparakis
Email: akadish@sgrlaw.com
pgyparakis@sgrlaw.com

*Counsel to Silver Birch, Inc. and BA Securities, LLC*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| JVK Operations Limited, *et al.*,[1] | Case No.: 24-70799 (SPG) |
| Debtors. | (Jointly Administered) |

## NOTICE OF STATUS CONFERENCE

**PLEASE TAKE NOTICE** that upon the *Letter to the Hon. Sheryl P. Giugliano* dated October 2, 2026 [ECF No. 357], a Status Conference in the above-captioned case will be held before the Honorable Sheryl P. Giugliano, United States Bankruptcy Judge, United States Bankruptcy Court for the Eastern District of New York, 290 Federal Plaza, Central Islip, New York 11722, on **October 14, 2026, at 1:00 p.m.**

**PLEASE TAKE FURTHER NOTICE** that the Status Conference will be conducted remotely *via* Zoom for Government. Those wishing to participate must register their appearance

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are JVK Operations Limited (4212), and JVK Operations Ltd. of NJ (2255).

by using the Electronic Appearance portal located at the Court's website at: https://ecf.nyeb.uscourts.gov/cgi-bin/eCourtAppearances.pl.

Dated: New York, New York
October 9, 2026

**SMITH, GAMBRELL & RUSSELL, LLP**

By: */s/ Allen G. Kadish*
Allen G. Kadish
Paris Gyparakis

1301 Avenue of the Americas
New York, New York 10019
(212) 907-9700
akadish@sgrlaw.com
pgyparakis@sgrlaw.com

*Counsel to Silver Birch, Inc. and BA Securities, LLC*